October 7, 1976. The motion of the appellee to dismiss the appeal under V.R.A.P. 31(c) is granted.

**TOWN OF MIDDLEBURY v. David K. SMITH, et al., No. 158-76**

October 7, 1976. The motion to dismiss is denied; the issue as to the appellant's right to intervene appearing to be one of law with no transcript required, the record is deemed complete and the appellant is ordered to file the printed case on or before October 20, 1976, with appellant's brief to be filed on or before thirty days from that date; failure to comply with this entry will be grounds for dismissal of the appeal.

**Floyd LEONARD v. Sidney NURENBURG, No. 216-75**

October 8, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

**Daniel I. RAYMOND ESTATE and Lizzie Raymond v. TOWN OF DANBY, No. 250-75 and Edward Ames v. Town of Danby, No. 251-75**

October 8, 1976. Motion granted. Subject to further order of Court, the time for completion of record is suspended until 30 days after the disposition of Docket No. 32-76.

**BANK OF MONTREAL v. CHARLES R. LAWLISS & ASSOCIATES, LTD. and Roger A. R. King-Hall and Town of Richford, No. 233-76**

October 8, 1976. Because permission to appeal under 12 V.S.A. § 4601 was not obtained, the motion to dismiss is granted. *Webster* v. *LaDuke*, 126 Vt. 27, 220 A.2d 474 (1966).

**STATE of Vermont v. Paul K. MORRISON, Jr., No. 263-76**

October 8, 1976. There being no final judgment below pursuant to V.R.Cr.P. 32(b), appellee's Motion to Dismiss granted for failure to comply with V.R.A.P. 5(b)(1).

**Sharon G. AIKEN v. Nathan B. AIKEN, No. 277-76**

October 12, 1976. The application for a stay of the order of the Chittenden Superior Court dated October 8, 1976, is set for hearing on Thursday, October 14th at 1:30 P.M. Mittimus is stayed until the completion of the hearing on that date, unless otherwise ordered.

**Sharon G. AIKEN v. Nathan B. AIKEN, No. 277-76**

October 14, 1976. No basis for a stay having been made to appear in connection with either the order of July 29, 1976, or of October 8,

1976, and no notice of appeal having been timely filed, the motion for a stay is denied.

**Mary-Elizabeth STAHL v. William Martin STAHL, No. 219-76**

October 15, 1976. There being no final judgment below, and no certification under V.R.A.P. 5, the appeal is dismissed.

**Peter Isaac DIAMONDSTONE, John Bloch, Earl S. Gardner, and Harley Walter Kidder v. Richard C. THOMAS, No. 276-76**

October 15, 1976. The motion to dismiss the complaint is granted for failure to comply with the order of service issued October 6, 1976.

**Paul W. SYKAS, d/b/a Lobster Pot Restaurant, Narciso Alvarez, Estate of Marco B. Cano by Marion K. Cano, Admx., Marion K. Cano, Lois R. Maunsell. v. Robert KEARNS, Tavern Motor Inn, Inc., No. 1-76**

October 18, 1976. The order in this case adjudicating fewer than all of the rights and liabilities of the parties, and neither being joined with the express determination called for by V.R.C.P. 54(b), nor being appealed under the provisions of V.R.A.P. 5, this Court is without jurisdiction to entertain the appeal and the same is accordingly dismissed.

**Harley Walter KIDDER v. Richard C. THOMAS, No. 287-76**

October 20, 1976. In the above-captioned matter, relating to the 1976 general election which is imminent, under the authority of V.R.A.P. 2, the parties are ordered to appear in the Vermont Supreme Court on Friday, October 22nd, at 10 A.M. to make such presentation as they may be advised relating to all issues, procedural and substantive, raised by the asserted appeal in the above-captioned matter filed by Peter Isaac Diamondstone, John Bloch, and Earl S. Gardner on October 18, 1976.

**Peter Isaac DIAMONDSTONE, John Bloch, Earl S. Gardner, and Harley Walter Kidder v. Richard C. THOMAS, No. 276-76**

October 28, 1976. Application for Waiver of Jurisdictional Requirements denied.

**Edward GALICK, et al. v. TOWN OF WEST HAVEN SELECTMEN, No. 238-75**

November 4, 1976. Motion to Remand denied.

**Daniel E. PROVOST v. Frederick BITTNER, No. 148-76**